UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**SALAHUDIN SHAHEED #69537-066**   **CASE NO. 1:24-CV-00832 SEC P**

**VERSUS**   **JUDGE EDWARDS**

**USA**   **MAGISTRATE JUDGE PEREZ-MONTES**

**J U D G M E N T**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 13), and after a de novo review of the record, including Petitioner's Motion for Time Extension to File Objections to Report and Recommendation (ECF No. 14),[1] and having determined that the Magistrate Judge's findings and recommendations are correct under the applicable law;

**IT IS ORDERED** that the Motion for Time Extension to File Objections to Report and Recommendation is **DENIED**.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Petition be **DENIED** and is hereby **DISMISSED WITH PREJUDICE**.

**THUS DONE** in Chambers on this 13th day of December, 2024.

JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE

---

[1] In this motion, Petitioner requests additional time to "research case law to support any form of objection to said report." ECF No. 14 at 1. The Court finds that an extension is not warranted. The law cited in the Report and Recommendation is well settled and the facts which form the basis of the Magistrate Judge's reasons supporting dismissal are admitted by Petitioner or included in the documents attached to his Petition.